# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

130749 & (68)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KAREN MARTEL and STEVE MARTEL,
      Plaintiffs-Appellees,
and

JACQUELINE BAUER and GLEN BAUER,
      Plaintiffs,
v

SC: 130749
COA: 260790
Genesee CC: 00-068357-NS

CINDY GAY ALLEN,
      Defendant, Cross-Defendant,
and

STEAK & ALE OF MICHIGAN, INC., a/k/a
BENNIGAN'S,
      Defendant, Third-Party Plaintiff,
      Cross-Plaintiff-Appellant,
and

KHIRFAN'S INC.,
      Defendant,
and

LABELLE MANAGEMENT, INC., DOUGLAS
N. LABELLE, and BARTON W. LABELLE,
      Third-Party Defendants-Appellees.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

_____
Clerk

t0516